IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. GRAHAM,

    Petitioner,

v.                                       4:17cv19–WS/CAS

STATE OF FLORIDA,

    Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed January 11, 2017. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this ___11th___ day of ___February___, 2017.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE